CLAIRE BUSCH v. MANUEL BUSCH.

April 24, 1975. Petition for certification denied.

SAMUEL SANDERS v. C. E. W. HOLDING COMPANY, INC.

April 24, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK HARRIS.

April 24, 1975. Petition for certification denied.

TOWNSHIP OF WAYNE v. THE COUNTY OF PASSAIC.

April 24, 1975. Petition for certification denied. (See 132 *N. J. Super.* 42).

STATE OF NEW JERSEY v. JOHN LEWIS.

April 24, 1975. Petition for certification denied.

ANDREW VANDER GROEF v. DOVER LANES.

April 24, 1975. Petition for certification denied.